# United States District Court

for the
Southern District of Indiana

CAITLIN BERNARD, M.D., *et al.* )
)
*Plaintiffs,* )
)
vs. )    Cause No:  1:19-cv-1660
)
THE INDIVIDUAL MEMBERS OF THE )
INDIANA MEDICAL LICENSING BOARD, )
*et al.* )
*Defendants.* )


## SUMMONS IN A CIVIL ACTION

TO:

The Individual Members of the Indiana Medical Licensing Board
402 W. Washington St.
#W702
Indianapolis, IN  46204


A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth J. Falk/ Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number:  <u>1:19-cv-1660</u>

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ ,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


I declare under penalty of perjury that this information is true.


Date: _____      _____
                                                           *Server's Signature*


                                                           _____
                                                           *Printed name and title*


                                                           _____
                                                           *Server's address*

Additional information regarding attempted service, etc

# United States District Court

for the
Southern District of Indiana

| | | |
|---|---|---|
| CAITLIN BERNARD, M.D., *et al.* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| vs. | ) | Cause No:  1:19-cv-1660 |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| INDIANA MEDICAL LICENSING BOARD, | ) | |
| *et al.* | ) | |
| *Defendants.* | ) | |

## SUMMONS IN A CIVIL ACTION

TO:

      Marion County Prosecutor
      251 E. Ohio St.
      #160
      Indianapolis, IN 46204

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Kenneth J. Falk/Gavin M. Rose
      ACLU of Indiana
      1031 E. Washington St.
      Indianapolis, IN 46202

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number:  <u>1:19-cv-1660</u>

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____       _____
                                                           *Server's Signature*


                                                           _____
                                                           *Printed name and title*


                                                           _____
                                                           *Server's address*

Additional information regarding attempted service, etc.