JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Caitlin Bernard ;
**County of Residence:** Marion County

Additional Plaintiff(s):
Katherine McHugh ;

**Defendant(s):**

First Listed Defendant:
The Individual Members of the Indiana Medical Licensing Board ;
**County of Residence:** Marion County

Additional Defendants(s):
The Marion County Prosecutor ;

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**

Kenneth J Falk (Caitlin Bernard)
ACLU of Indiana
1031 E. Washington
Indianapolis, Indiana 46202
**Phone:** 317/635-40599
**Fax:** 317/635-4105
**Email:** kfalk@aclu-in.org

Gavin M. Rose
ACLU of Indiana
1031 E. Washington
Indianapolis, Indiana 46202
**Phone:** 317/635-4059
**Fax:** 317/635-4205
**Email:** grose@aclu-in.org

**Defendant's Attorney(s):**

Office of the Attorney General ( The Individual Members of the Indiana Medical Licensing Board)

IGCS-5th Floor 302 W. Washington St.
Indianapolis, Indiana 46204
**Phone:** 317/2332-6201
**Fax:** 317/232-7979
**Email:**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** 42 U.S.C. 1983 This case challenges the constitutionality of House Enrolled Act 1211 that prohibits the most common method of second trimester abortions.
**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Kenneth J. Falk

**Date:** April 25, 2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.