UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAITLIN BERNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-01660-SEB-MKK |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| INDIANA MEDICAL LICENSING ) | |
| BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Notice to the Court and Defendants**

Plaintiff, by counsel, says that:

1. In its Order on Defendants' Motion for Judgment on the Pleadings (Dkt. 187), issued on March 31, 2023, this Court granted defendants' Motion for Judgment on the Pleadings with prejudice as to plaintiff's undue burden claim, but without prejudice as to plaintiff's bodily integrity claim. (*Id.* at 12).

2. The Court allowed plaintiff 30 days to file an amended complaint if she wished to further pursue the bodily integrity claim.

3. Plaintiff gives this notice to the Court and defendants that she does not intend to file an amended complaint in this matter.

WHEREFORE, plaintiff files this Notice.

Kenneth J. Falk
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org

Andrew Beck, *Pro Hac Vice*
Meagan Burrows, *Pro Hac Vice*
Whitney White, *Pro Hac Vice*
American Civil Liberties Union
125 Broad St., 18th Floor
New York, NY 10004
212/549-2641
abeck@aclu.org
mburrows@aclu.org
wwhite@aclu.org

Alan E. Schoenfeld, *Pro Hac Vice*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/937-7294
alan.schoenfeld@wilmerhale.com

Allyson Slater, *Pro Hac Vice*
Katherine V. Mackey, *Pro Hac Vice*
WilmerHale
60 State St.
Boston, MA  02109
allyson.slater@wilmerhale.com
katherine.mackey@wilmerhale.com

*Attorneys for the plaintiff*

[2]